General Document 

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV 19 6654

**Consulate General – Antonio El**
*Federal Employer 06143, Authorized Representative, in propria persona, sui juris heir*

**Ambassador - Marie Mairiam Bijou Bayo El**
*Federal Employer 06143, Authorized Representative, in propria persona, sui juris heir*

**Ali Bey- 06143**
*In propria persona, sui juris heir*

**Amirah White El - 06143 Et,al**
*In propria persona, sui juris heir*
    Plaintiff(s)

V.

**U.S. DEPARTMENT OF STATE**

**LOS ANGELES COUNTY SUPERIOR COURT**

**STATE OF CALIFORNIA**

**LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT**

**LOS ANGELES COUNTY PROBATION DEPARTMENT**

**KELMARRK TOW**

**MIKE, POMPEO**

**ALEX, VILLANUEVA**

**DANIEL A. , GONZALEZ EMPLOYEE I.D. # 619566**

**KEVIN, HONEA- EMPLOYEEE I.D. # 619566**

**S. MACK**

**BISSELL- EMPLOYEE I.D. #529030**

**SERGENT SUMI – EMPLOYEE I.D. # 460224**

**BOBBY, D. CAGLE**

1

SHERRI, R. CARTER

GAVIN, NEWSOM

BARBRA JEAN MCDANIEL- BAR MEMBER #182275

ALAN BOYD HONEY CUTT – BAR MEMBER #176358

JULIE FOXX BLACKSHAW – BAR MEMBER #113332

JACQUELYN PHILLIPS LACEY – BAR MEMBER #110808

ROBERT MILTON CONLEY- BAR MEMBER #127144

ANGEL EUNJU YU – BAR MEMBER # 192951

VICTOR LAMARR WRIGHT - BAR MEMBER #158908

JACLYN, ALEXA GOMEZ - BAR MEMBER #316574

HENRY, PARKS STILLWELL – BAR MEMBER #90111

JANE, EUNJUNG KWON – BAR MEMBER #201960

GLEN, TOSHIO KIYOHARA – BAR MEMBER #165617

MAHUA, DATTARAY – BAR MEMBER #297261

BLAKELY ROBLES – EMPLOYEE I.D. #GL91S2217

TEELA, ALLEN

BRANDIE, MCMILLER

LAURENNE, LEWIS

HEIDI, MARTINEZ

LISA, BOREDEGO

TERRI, L. MCDONALD

MS. JONES

SAMANTHA, BASS

ASA, JANKANS GATSON Et, al
Defendant(s)

# EMERGENCY DIPLOMATIC RELATIONS
COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES AND REQUEST FOR INJUNCTIVE RELIEF.
*(TITLE OF DOCUMENT)*

I, Consulate General-Antonio El Sui Juris    plaintiff or defendant, in the above styled cause, Hereafter Ambassador El, Federal Employer 06143 in propria persona and expressly not a "Plaintiff"; standing in unlimited commercial liability as an Aboriginal and Indigenous Moor, Flesh and Blood, Natural Person, Moorish American National, also hereafter "Affiant" seeking a "Common Law Remedy" pursuant to Constitutional Law 191 (Republic). The Moorish National Republic in and through its Consul general has commanded jurisdiction pursuant to Treaty and Constitutional Law. Moorish American National's along with Ambassador El have been violated by corporate colorable codes, rules, regulations, statues that has forced our Nationals under stress, duress coercion, treason, human trafficking, racketeering and conspiracy against the Supreme Law of the Land. We command this court to provide immediate remedy and with like force instruct all Defendants and their agents to honor the full Diplomatic Immunity of the Moorish National Republic and its Heirs. Further, we demand the Federal Employer number 06143 be added to the National database and International communications so as to allow Diplomatic passage.

# Certificate of Service

**I Consul Antonio El 06143,**   Affirm that on this date 10/03/2019 a true copy

of the foregoing document was mailed to:   U.S. Department of State, State of California, Mike Pompeo, Gavin Newsom

name(s) and address(es)

Los Angeles County Sheriff's Department, Alex Villanueva #2, Daniel Gonzalez #619566, Kevin Honea #617339,

By:

**Consul - Antonio El  06143**        v.c. Antonio El   UCC1-308
Printed or typed name of Filer        Signature of Filer

California Bar Number                 E–mail Address

202-766-6032
Phone Number                          Facsimile Number

In CARE of:  2226 MacArthur Boulevard
Street Address

Oakland Territory, California Republic, [94602]    Non-Domestic -Non Resident
City, State, Zip Code

4