# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06654-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING CASE** |

Before the Court is Magistrate Judge Joseph C. Spero's Report and Recommendation Regarding Dismissal, filed December 2, 2019, by which said Magistrate Judge recommends the Court dismiss the above titled case, as plaintiffs have not paid the filing fee by the deadline set by the Magistrate Judge.[1] Thereafter, on December 10, 2019, plaintiffs filed a document titled "Take Notice," but did not in connection therewith or at any other time pay the filing fee.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled case is hereby DISMISSED, and all pending motions are DENIED.

**IT IS SO ORDERED.**

Dated: December 23, 2019

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By order filed November 14, 2019, the Magistrate Judge correctly denied plaintiffs' application to proceed in forma pauperis; said application only addressed the financial circumstances of one of the four plaintiffs, and, as to that one plaintiff, provided incomplete and contradictory information, after which the four plaintiffs, although given an opportunity to correct those deficiencies, failed to submit any responsive documents.