IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | Case No. 19-cv-06654-MMC<br><br>**ORDER DENYING PLAINTIFF EL'S MOTION FOR RECONSIDERATION AND TO VACATE** |

    The Court is in receipt of an "Affidavit for Reconsideration and to Vacate All Orders and Recommendations on Constitutional Grounds," filed January 13, 2020, by plaintiff Antonio El, which filing the Court construes as a motion, pursuant to Rule 60 of the Federal Rules of Civil Procedure, to reconsider and set aside the order of dismissal filed December 23, 2019, as well as the judgment entered thereon that same day.

    The Court having read and considered plaintiff's motion and finding no cognizable basis for relief under Rule 60 or otherwise has been shown, the motion is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: January 30, 2020

MAXINE M. CHESNEY
United States District Judge